UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ONE TREASURE LIMITED, INC., <br> *Plaintiff*, | § § § | |
| v. | § § | |
| HYATT GAMING MANAGEMENT, INC., <br> HYATT CORPORATION, d/b/a HYATT, <br> HYATT REGENCY ARUBA RESORT AND <br> CASINO and HYATT REGENCY ARUBA, <br> and GEMACO, INC., <br> *Defendants*. | § § § § § § § | CIVIL ACTION NO. A-08-CA-801 JRN |

### DEFENDANT GEMACO INC.'S REPLY TO
### PLAINTIFF'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE

Defendant Gemaco, Inc. ("Gemaco") files this Reply to Plaintiff's Response to Court's Order to Show Cause ("Plaintiff's Response") and respectfully shows the Court the following.

1. Gemaco takes no position regarding Defendant Hyatt Gaming Management, Inc.'s Motion to Dismiss Plaintiff's Complaint for Lack of Personal Jurisdiction (Docket No. 7) or the Court's May 28, 2009 Order concerning the same (Docket No. 29).

2. Gemaco did not move to quash the deposition at issue in Plaintiff's Response, or otherwise refuse to proceed with the deposition, other than to state that its counsel could not attend the deposition on the previously-noticed date of May 14, 2009.

Respectfully submitted,

_____
John R. Nelson (jnelson@lockelord.com)
State Bar No. 00797144
Kent Hofmann (khofmann@lockelord.com)
State Bar No. 24032424
LOCKE LORD BISSELL & LIDDELL LLP
100 Congress Avenue, Suite 300
Austin, Texas 78701-4042
(512) 305-4700
(512) 305-4800 (telecopy)

ATTORNEYS FOR
DEFENDANT GEMACO, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Reply to Plaintiff's Response to Court's Order to Show Cause was served on the following by the court's EM/ECF system on this 29th day of May 2009:

Justin M. Welch
Blazier, Christensen, Bigelow & Virr, P.C.
221 West Sixth Street
Austin, Texas 78701
*Attorneys for Plaintiff One Treasure Limited, Inc.*

Nicholas Bressi
Hohmann, Taube & Summers, LLP
100 Congress Ave., 18th Floor
Austin, Texas 78701
*Attorneys for Defendants Hyatt Gaming Management, Inc. and Hyatt Corporation d/b/a Hyatt, Hyatt Regency Aruba Resort and Casino and Hyatt Regency Aruba*

_____
Kent Hofmann

AUS:0041173/00353:416348v1